UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
**EDWARD F. CULLEN,**

                Plaintiff,

     -against-

LONG ISLAND RAIL ROAD COMPANY,

                Defendants.
-----------------------------------------------------------------X

11 CV 3589

J WEXLER
MJ LINDSAY

STIPULATION
OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties to this action, that no party hereto is an infant or incompetent person for whom a committee has been appointed, that the above entitled action be, and the same is hereby discontinued with prejudice, without costs, disbursements and attorneys' fees to any party as against the other, subject to the performance of the settlement agreement, for which the Court shall retain and have jurisdiction.

An order to effectuate the foregoing may be entered without further notice.

Dated: May 21, 2012

_____
BY: KARLA R. ALSTON (KA 6778)
for RICHARD GANS, ESQ
Attorney of Record for Defendant
Long Island Rail Road
Law Department 4th Floor
Jamaica Station
Jamaica, NY 11435
718-558-8235

Dated: May 21, 2012

_____
By: VALERIE J. LAURIELLO (VL 6192)
MICHAEL D. FLYNN, ESQ
Attorney for Plaintiff
Office & PO Address
5 Penn Plaza – 23rd Floor
New York, NY 10001
212-896-3812

Dated: May      , 2012
Central Islip, NY

SO ORDERED